**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No.** |
| | ) | **06-00122-01-CR-W-ODS** |
| **DANNY J. BARDWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after de novo review, the plea of guilty of the Defendant to Count I of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent Order of the Court.

/s/ Ortrie D. Smith
ORTRIE D. SMITH
United States District Judge

Kansas City, Missouri
September 6, 2006